UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LAWRENCE CONWAY,** | Case No. CV 11-8307-SVW(AJW) |
| Petitioner, | |
| **vs.** | JUDGMENT |
| **CASH., B., WARDEN,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: April 24, 2012

_____
Stephen V. Wilson
United States District Judge